# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CLAYTON MILLER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) 2:21-cv-00352-JTA |
| | ) |
| AVANTEUSA, L.P.; | ) |
| | ) |
| DEFENDANT. | ) |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, by and through his counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and voluntarily dismisses any and all claims asserted by the Plaintiff against the Defendant, **without prejudice**, with costs taxed as paid.

Respectfully submitted on July 6, 2021.

W. Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**
**Cochrun & Seals, LLC**
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify on July 6, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

**AVANTEUSA, L.P.**
c/o Registered Agent
C T Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

_____
OF COUNSEL